4-16-18

RECEIVED
APR 23 2018
BY MAIL

To the Federal Clerk

Would you please send me the status of the case 4:16CV1632(JMB

Ive havent heard nothing from my lawyer in awhile. This is not prose, I dont want to represent myself in anyway.

Thank you so much

From Luke C. Cody S. Case # 4:16CV1632(JMB

Doc # 1089788

Cody vs Clayton

From Luke C. Cody # 1089788   4-D-117
Southeast Correctional Center
300 East Pedro Simmons Drive, Charleston, MO. 63834

This correspondence is from an inmate in the custody of
the Missouri Department of Corrections. The Department
is not responsible for the content of this correspondence.
For information about the Department or to verify
information about the offender, please visit our website at
www.doc.mo.gov.

Eagleton Court House
To the Federal Clerk of the Court
111 South 10th Street
St. Louis, Mo. 63102

Legal Mail

RECEIVED
APR 23 2018
BY MAIL